PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 10 2009**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.　　　　Tiffany E. Larson　　　　Docket No.　　　　2:09CR02094-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tiffany E. Larson who was placed under pretrial release supervision by the Honorable James P Hutton sitting in the court at Yakima, WA, on the 3rd day of November, 2009 under the following conditions:

**Condition #1**: The defendant shall not commit any offense in violation of Federal, state, or local law.

**Condition #21**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Tiffany Larson is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having been arrested and charged with unlawful possession of methamphetamine and false information to a police officer, The Dalles Police Department case number D20092595, on December 7, 2009.

**Violation #21**: Tiffany Larson is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having been in possession methamphetamine on December 7, 2009.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　　12/10/2009

by　　s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

PS-8
Re:  Larson, Tiffany E.
December 10, 2009
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
James P. Hutton
Signature of Judicial Officer  US Magistrate Judge

12/10/2009
Date